# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD B. SPENCER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>EDWARDS,<br><br>　　　　　Defendant. | Case No.  1:21-cv-01410-BAM (PC)<br><br>ORDER REGARDING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL<br><br>(ECF No. 12) |

　　　　Plaintiff Edward B. Spencer ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On December 28, 2021, the Court screened Plaintiff's complaint and issued an order granting Plaintiff leave to file a first amended complaint or a notice of voluntary dismissal.  (ECF No. 9.)  Plaintiff filed a motion for an extension of time to file an amended complaint, which the Court granted on January 19, 2022.  (ECF Nos. 10, 11.)

　　　　On February 2, 2022, Plaintiff filed a notice of voluntary dismissal without prejudice.  (ECF No. 12.)  Plaintiff requests that this entire action be dismissed without prejudice, including all causes of action, pursuant to Federal Rule of Civil Procedure 41(a)(1).  (*Id.*)

　　　　"[U]nder Rule 41(a)(1)(A)(i), a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment."  *Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc.*, 193 F.3d 1074, 1077 (9th Cir. 1999)

1  (quotation and citation omitted).  "[A] dismissal under Rule 41(a)(1) is effective on filing, no
2  court order is required, the parties are left as though no action had been brought, the defendant
3  can't complain, and the district court lacks jurisdiction to do anything about it." *Id.* at 1078.  No
4  defendant has been served in this action and no defendant has filed an answer or motion for
5  summary judgment.

6      Accordingly, this action is terminated, with prejudice, by operation of law without further
7  order from the Court.  Fed. R. Civ. P. 41(a)(1)(A)(i).  The Clerk of the Court is directed to
8  terminate all pending motions and deadlines and close this case.

9
10  IT IS SO ORDERED.

11      Dated:   **February 3, 2022**            /s/ *Barbara A. McAuliffe*
12                                                     UNITED STATES MAGISTRATE JUDGE